United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL LATRENT HARRIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. H-25-0003 |
| US BANK NATIONAL ASSOCIATION § | |
| as Trustee for Residential § | |
| Mortgage Loan Trust 2020-1, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim of Defendant US Bank National Association as Trustee for Residential Mortgage Loan Trust 2020-1, this action is **DISMISSED with prejudice**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 5th day of February, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE